# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00869-CV

**Elias J. De La Garza d/b/a Elias De La Garza Insurance, Appellant**

**v.**

**Texas Department of Insurance and Commissioner of Insurance Mike Geeslin, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-GN-10-000643, HONORABLE RHONDA HURLEY, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant has filed an unopposed motion to stay proceedings for 90 days and a motion to withdraw as counsel of record. *See* Tex. R. App. P. 6.5, 10. Appellant's lead counsel died unexpectedly, his law firm is in the process of winding down, and the law firm is unable to continue to represent appellant in this case. We grant the motions and stay the proceedings for 90 days or further order of this Court.

It is ordered August 14, 2013.

Before Justices Puryear, Rose, and Goodwin